

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

Western Illinois Correctional Center
Trust Fund Department
R. R. 4, Box 196
Mount Sterling, Illinois  62353

    RE:  Steven P.  Hibberd, B-70027
    Case No. 07-3131

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Steven P. Hibberd**.  In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **Mr. Hibberd's** trust fund ledgers for the period **November, 2006 through April, 2007**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

    United States District Court
    Central District Of Illinois
    600 East Monroe, Room 151
    Springfield, IL 62701

Please refer to the above referenced case number when submitting the trust fund ledgers.

                Sincerely,

                s/ John M. Waters

                JOHN M. WATERS
                Clerk of Court

cc: Steven P. Hibberd