Steven P. Hibberd
Reg. No. B70027
Taylorville Correctional Center
P.O. Box 1000
Taylorville, Illinois 62568



FILED
JUN 2 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

U.S. District Clerk's Office
  Central District of Illinois
600 E. Monroe / Rm. 151
Springfield, Illinois 62701


June 16, 2007          Re: Hibberd v. Jennings, et al., No.
                            07-3131

Dear Clerk:

    On May 25, 2007, the Court issued an order setting a hearing date for a merits review of my civil rights complaint for June 27, 2007 at 9:30 AM. If possible, please advise the Court that I will be participating in the telephonic hearing without the benefit of preparing with a law library. Currently the institutional law library is closed. However, my complaint, at pages 26-29, have identified the claims and defendants. At the hearing I will be relying on the complaint. Thank you for your help in this matter.

Sincerely,
Steven Hibberd