E-FILED
Thursday, 21 June, 2007  10:41:59 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **STEVEN P. HIBBERD,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-3131** |
| **JOSEPH JENNINGS, et al.,** | ) | |
| Defendants | ) | |

**TO:  THE WARDEN of** Taylorville Correctional Center at Taylorville, Illinois.

      **WE COMMAND** that you produce the body of **STEVEN P. HIBBERD**, Register No. **B-70027**, who is in your custody at Taylorville Correctional Center before the United States District Court on **Wednesday, June 27, 2007, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  June 21, 2007

JOHN M. WATERS, CLERK  
UNITED STATES DISTRICT COURT

BY:   s/ C. Cathcart  
       Deputy Clerk