Steven P. Hibberd
Reg. No. B70027
Taylorville Correctional Center
P.O. Box 1000
Taylorville, Illinois 62568

Clerk of the U.S. District Court
　Central District of Illinois
201 S. Vine St., Rm. 218
Urbana, Illinois 61802-3348

FILED
JUL -2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

June 29, 2007    Hibberd v. Jennings, et al., No. 07-CV-3131

Dear District Clerk:

　I am writing in regards to the hearing in the above case that was set for merit review on June 27, 2007 at 9:30am by telephone. On that date, a hearing was held without my presence.

　I sincerely apologize to you and Judge Baker. I received the most recent minute entry which documented that staff at Taylorville said I went back to class. I prepared for the hearing. At 9:20am I arrived at the Clinical Services office at Taylorville. However, at 10:00am, the Clinical Services secratary informed me

1

that the Clerk did not call, and instructed me to return to class. She stated that she would have the judge issue another order. She also possessed the habeas corpus order, knew what it stated, so I chose not to argue with her. Prior to leaving, I requested her to send me a memo if the court called. Although she said she would, I never received a memo, and did not know what occurred until I received the court's minute entry.

Maintaining the action is my #1 priority. Any disruption brought to the proceedings, or disrespect to Judge Baker and his Honor's staff, and opposing counsel, is regretable. It is not my intention to begin this case wrecklessly, or on the wrong foot.

Sincerely,

Steven R. Hibberd
Plaintiff