UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

STEVEN P. HIBBERD,

    PLAINTIFF,

  VS.                                                      07-3131

JOSEPH JENNINGS, et al.,

    DEFENDANTS.

## CASE MANAGEMENT ORDER AND MERIT REVIEW

    The plaintiff, Steven P. Hibberd, and inmate of the Illinois Department of Corrections (IDOC), assigned to the Western Illinois Correctional facility, brings this suit under 42 U.S.C. §1983 claiming violations of his First, Eighth, and Fourteenth Amendment rights under the United States Constitution. The defendants are each officers and employees of the IDOC. Hibberd sues them in their individual and official capacities claiming personal responsibility and maintenance of policies that contravene his claimed constitutional rights.

    The complaint is certainly adequate for notice pleading purposes to proceed and the defendants are directed to answer in accordance with the district local rules in prisoner cases after service of waivers and requests for representation.

    The plaintiff's motion for appointment of counsel is denied. He is obviously capable of representing himself at this stage of the proceedings as shown by the filings he has made.

IT IS THEREFORE ORDERED:

    a.    Pursuant to its merit review of the complaint under 28 U.S.C. Section 1915A, the court finds that the plaintiff states the following federal claims:

    a) Defendants', individually and officially violated the plaintiff's rights under the First, Eight and Fourteenth Amendments to due process of law to be free from retaliation and unusual punishment and interference with access to the courts.

    b) The plaintiff's motion, d/e 2, for appointment of counsel is denied.

    c) The defendants shall file an <u>answer</u> within the time prescribed by Local Rule. A motion to dismiss is not an answer. The answer must be considered a responsive pleading under Federal Rule of Civil Procedure 15(a) and should include all defenses appropriate under the Federal Rules.

d) The clerk shall issue and mail appropriate forms for the defendants' waiver of service of process.

Entered this 2nd Day of July, 2007.

>                             s\Harold A. Baker
>                             _____
>                             HAROLD A. BAKER
>                             UNITED STATES DISTRICT JUDGE