Steven P. Hibberd
Reg. No. B70027
Taylorville Correctional Center
P.O. Box 900
Taylorville, Illinois 62568

U.S. District Court
 Central District of Illinois
201 S. Vine St., Rm. 218
Urbana, Illinois 61802-3348

June 15, 2007    Re: Hibberd v. Jennings, et al. 07-CV-3131

Dear Office of the Clerk:

   I am writing to see if I could obtain a copy of the local court rules. The law library here at Taylorville is closed, so I unfortunately do not have access to them. I cannot afford the cost of the rules, as indicated by the status of my Inmate Trust Fund Account attached the forma pauperis affidavit on record. If there is anyway to provide me with the rules, it would be greatly appreciated.

                      Sincerely,

                      Steven P. Hibberd

RECEIVED
JUL 17 2007
U.S. CLERK'S OFFICE
URBANA, IL