

# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

July 17, 2007

Steven Hibberd
B 70027
P. O. Box 900
Taylorville, IL 62568

    RE: Letter

Dear Hibberd,

    The Taylorville Correctional Center Library has copies of the Local Rules.  Please contact them for the Local Rules.

                Sincerely yours,

                  S/JOHN M. WATERS,CLERK
                JOHN M. WATERS, CLERK

JMW/kw