# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>HIBBERD v. JENNINGS, et al. | CASE NO.<br><br>07-3131 | Beginning Date of Trial:<br><br>October 26, 2007 | Type of Trial:<br><br>Rule 16 Hearing<br><br>Length of Trial:<br>1 hour |
|---|---|---|---|

**TO: THE WARDEN OF** Taylorville Correctional Center and Logan Correctional Center

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Steven P. Hibberd | B-70027 | Logan Correctional Center | 10/26/2007 | 1:30-2:30 p.m. |
| Heidi Hildebrand (Attorney for Defendants) | N/A | Concordia Springfield, IL | 10/26/2007 | 1:30-2:30 p.m. |
| Judge Harold A. Baker | N/A | U.S. Courthouse Urbana, IL | 10/26/2007 | 1:30-2:30 p.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:    October 18, 2007                    JOHN M. WATERS, CLERK
                                              UNITED STATES DISTRICT COURT

                                              BY:    s/ C. Cathcart
                                                     DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98