E-FILED
 Thursday, 18 October, 2007  11:20:22 AM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEVEN P. HIBBERD,**            )<br>    Plaintiff            )<br>                        )<br>                        )<br>    vs                )<br>                        )<br>**JOSEPH JENNINGS, et al.,**        )<br>    Defendants          )   | **WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM**<br><br><br><br>**CASE NO. 07-3131** |

**TO:  THE WARDEN of** Taylorville Correctional Center at Taylorville, Illinois.

### GREETINGS

**WE COMMAND** that you produce the body of **Steven P. Hibberd**, Register No. **B-70027**, who is in your custody at Taylorville Correctional Center, before the United States District Court at Logan Correctional Center, Lincoln, Illinois, by making that person personally available at a video telephone at the institution to participate in a hearing before the court by **VIDEO TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants on **Friday, October 26, 2007, at 1:30 p.m**.  This video telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  October 18, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:     s/ C. Cathcart
        Deputy Clerk