# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
#### VIDEO WRIT

| CASE NAME:<br><br>HIBBERD v. JENNINGS, et al. | CASE NO.<br><br>07-3131 | Beginning Date of Trial:<br><br>November 8, 2007 | Type of Trial:<br><br>Rule 16 Hearing<br><br>Length of Trial:<br>1 hour |
|---|---|---|---|

TO: THE WARDEN OF Taylorville Correctional Center and Logan Correctional Center

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Steven P. Hibberd | B-70027 | Logan Correctional Center | 11/8/07 | 9:30-10:30 a.m. |
| Heidi Hildebrand (Attorney for Defendants) | N/A | Concordia Springfield, IL | 11/8/07 | 9:30-10:30 a.m. |
| Judge Harold A. Baker | N/A | U.S. Courthouse Urbana, IL | 11/8/07 | 9:30-10:30 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:    October 22, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:___s/ C. Cathcart_____
         DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98