E-FILED
Monday, 22 October, 2007 05:08:48 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEVEN P. HIBBERD,** ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff ) | **AD TESTIFICANDUM** |
| ) | |
| ) | |
| vs ) | |
| ) | **CASE NO. 07-3131** |
| **JOSEPH JENNINGS, et al.,** ) | |
| Defendants ) | |

**TO: THE WARDEN of** Taylorville Correctional Center at Taylorville, Illinois.

### GREETINGS

**WE COMMAND** that you produce the body of **Steven P. Hibberd**, Register No. **B-70027**, who is in your custody at Taylorville Correctional Center, before the United States District Court at Logan Correctional Center, Lincoln, Illinois, by making that person personally available at a video telephone at the institution to participate in a hearing before the court by **VIDEO TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants on **Thursday, November 8, 2007, at 9:30 a.m**. This video telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: October 22, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   s/ C. Cathcart
        Deputy Clerk