E-FILED
Thursday, 25 October, 2007 12:35:19 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEVEN P. HIBBERD,**  Plaintiff | ) **WRIT OF HABEAS CORPUS**  ) **AD TESTIFICANDUM** |
| vs | ) ) ) **CASE NO. 07-3131** |
| **JOSEPH JENNINGS, et al.,**  Defendants | ) ) |

**TO: THE WARDEN of** Taylorville Correctional Center at Taylorville, Illinois.

### GREETINGS

**WE COMMAND** that you produce the body of **Steven P. Hibberd**, Register No. **B-70027**, who is in your custody at Taylorville Correctional Center, before the United States District Court at Logan Correctional Center, Lincoln, Illinois, by making that person personally available at a video telephone at the institution to participate in a hearing before the court by **VIDEO TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants on **Friday, November 16, 2007, at 10:30 a.m**.  This video telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  October 25, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:    s/ C. Cathcart
         Deputy Clerk