07-3131

## CERTIFICATE OF SERVICE

FILED
NOV 28 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, Steven P. Hibberd, hereby certify that on November 26, 2007, I served two copies of the below named documents on counsel for the defendants, Heidi Hildebrand, #6270905, 500 South Second Street, Springfield, Illinois 62706, by depositing the same in the United States Mail at Taylorville Correctional Center.

1) PLAINTIFF'S FIRST INTERROGATORIES TO WITNESS WALTER MALONE #B02851

2) PLAINTIFF'S FIRST INTERROGATORIES TO WITNESS JEFFREY ESTRADA #N12749

3) PLAINTIFF'S FIRST INTERROGATORIES TO WITNESS DANIEL ESCOBEDO #N43563

4) PLAINTIFF'S FIRST INTERROGATORIES TO WITNESS MARVIN GREER #B72474

5) PLAINTIFF'S FIRST INTERROGATORIES TO WITNESS TYRONE POWELLS #R20864

6) PLAINTIFF'S FIRST INTERROGATORIES TO WITNESS SHAD HAMMOND #K53658

"OFFICIAL SEAL"
Paula R. McCray
NOTARY PUBLIC
STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-26-2008

_____
Steven P. Hibberd

Subscribed and sworn to before me on this 26th day of November, 2007.

_____
Paula R. McCray
Notary Public