UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN P. HIBBERD, #B-70027, | ) |
| Plaintiff, | ) |
| vs. | ) No. 07-3131 |
| JOSEPH JENNINGS, et al., | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR CLARIFICATION

NOW COME the Defendants, ROGER WALKER, JR., FORREST ASHBY JOSEPH JENNINGS, JULIA VINCENT, PHILIP CRARY, JAMES WATKINS, ROGER ZIMMERMAN and PHILLIP POOL, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby file their Motion for Clarification of the Court's November 16, 2007, Order. In support thereof, Defendants state as follows:

1. On November 16, 2007, Plaintiff asked this Court to allow him to write to other inmates who he claims are witnesses in his lawsuit. He told the Court that he needed the witnesses to sign affidavits attesting to the fact that they signed his affidavits.

2. At the Court's request, defense counsel agreed to submit the affidavits with a written inquiry from Plaintiff to the witnesses asking each witness if he had signed the respective affidavit. The affidavit and single inquiry were to be sent to each witness's counselor so that the witnesses could review his affidavit and attest that he signed it.

3.  However, Plaintiff responded by sending defense counsel "Plaintiff's First Interrogatories" for each of the six witnesses, which goes beyond the scope of the approved inquiry.

4.  Defense counsel did not agree, and the Department objects, to facilitating Plaintiff's discovery with his witnesses. As an initial matter, interrogatories can only be directed to parties. More significantly, however, the inmates are scattered among five different prisons, and responding to Plaintiff's interrogatories will tie up the services of five different counselors. Additionally, only the interrogatory regarding whether they signed their affidavits is relevant to whether Defendants violated his constitutional rights.

5.  Therefore, defense counsel requests clarification of the Court's November 16, 2007, Order to indicate whether the Court intended to give Plaintiff leave to submit interrogatories to witnesses through defense counsel.

> Respectfully submitted,
>
> ROGER WALKER, JR., FORREST ASHBY, JOSEPH JENNINGS, JULIA VINCENT, PHILIP CRARY, JAMES WATKINS, ROGER ZIMMERMAN and PHILLIP POOL,
>   Defendants,
>
> LISA MADIGAN, Attorney General,
> State of Illinois,
>
> By:   s/Heidi Hildebrand
>       Heidi Hildebrand, #6270905
>       Attorney for Defendants
>       500 South Second Street
>       Springfield, Illinois  62706
>       Phone:  (217) 557-0261
>       Fax:  (217) 782-8767
>       hhildebrand@atg.state.il.us

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN P. HIBBERD, #B-70027, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07-3131 |
| JOSEPH JENNINGS, et al., | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed Defendants' Motion for Clarification with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on December 21, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Steven P. Hibberd, B-70027
Taylorville Correctional Center
Route 29 South
PO Box 900
Taylorville, Illinois 62568

Respectfully submitted,

By:  s/Heidi Hildebrand
      Heidi Hildebrand, #6270905
      Attorney for Defendants
      500 South Second Street
      Springfield, Illinois  62706
      Phone:  (217) 557-0261
      Fax:  (217) 782-8767
      hhildebrand@atg.state.il.us