E-FILED
Friday, 20 June, 2008  02:40:33 PM
Clerk, U.S. District Court, ILCD



Steven P. Hibberd
Reg. No. B70027
Taylorville Correctional Center
P.O. Box 1000
Taylorville, Illinois 62568


June 18, 2008


Dear Office of the Clerk:

   Enclosed I have sent you the original and a copy of a Motion for Leave to Amend Complaint, with a copy of the proposed Amended Complaint. I am not clear what your policy is with respect to requests for hearings to be set on motions by pro se litigants incarcerated, so I have left scheduling the hearing to you.

   Additionally, a motion by the Attorney General in this case has been pending since December, with my response on file also. May I please learn the status of the motion to update my records.

   Thank you for your help in this matter.

                                            Sincerely,

                                            [signature]

                                            Steven P. Hibberd