UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN P. HIBBERD, #B-70027, | ) |
| Plaintiff, | ) |
| vs. | ) No. 07-3131 |
| JOSEPH JENNINGS, et al., | ) |
| Defendants. | ) |

**RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

NOW COME the Defendants, ROGER WALKER, JR., FORREST ASHBY JOSEPH JENNINGS, JULIA VINCENT, PHILIP CRARY, JAMES WATKINS, ROGER ZIMMERMAN and PHILLIP POOL, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby file their Response to Plaintiff's Motion for Leave to Amend Complaint.  In support thereof, Defendants state as follows:

1. Defendants filed their timely Answer to Plaintiff's complaint nearly a year ago. (Doc. Doc. 30.)

2. Plaintiff now asks this Court to allow him to amend his complaint.  In his Motion for Leave to Amend, he states that he adds no new facts regarding his existing claims, but only adds an additional due process claim.  (Doc. 41.)  In the First Amended Civil Rights Complaint he attached to his motion, it appears that the new due process claim is a challenge to the discipline he received.  Specifically, Plaintiff claims he was denied due process during the disciplinary process.  (Doc. 41-2.)

3. The additions to Plaintiff's complaint fail to state a due process claim.  To state a due process claim, Plaintiff must allege that the state deprived him of a protected liberty or property interest.  *DeWalt v. Carter*, 224 F.3d 607 (7th Cir. 2000).  Prison

discipline is only actionable where it takes the form of prolonging the prisoner's incarceration or otherwise depriving him of what has been held to be liberty or property within the meaning of the due process clause. *Wagner v. Hanks*, 128 F.3d 1173 (7th Cir. 1997). A prisoner has no such protected interest in remaining at a particular grade level or in other privileges. *See Whitford v. Boglino*, 63 F.3d 527, 533 n.7 (7th Cir. 1995). By Plaintiff's own admission, the only discipline he received as a result of the guilty finding was demotion to C-grade for one month and disposal of the contraband. Consequently, his due process rights were never implicated, and he fails to state a due process claim.

4. Because Plaintiff admits he has added no new facts concerning the existing claims, there is no need to file an amended complaint. Allowing Plaintiff to do so just unnecessarily adds to the burdens of the Court and defense counsel.

WHEREFORE, for the foregoing reasons, Defendants respectfully request this Honorable Court deny Plaintiff's Motion For Leave to Amend Complaint.

    Respectfully submitted,

    ROGER WALKER, JR., FORREST ASHBY, JOSEPH JENNINGS, JULIA VINCENT, PHILIP CRARY, JAMES WATKINS, ROGER ZIMMERMAN and PHILLIP POOL,
        Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois,

    By:   s/Heidi Hildebrand
        Heidi Hildebrand, #6270905
        Attorney for Defendants
        500 South Second Street
        Springfield, Illinois 62706
        Phone: (217) 557-0261
        Fax: (217) 782-8767
        hhildebrand@atg.state.il.us

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN P. HIBBERD, #B-70027, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07-3131 |
| JOSEPH JENNINGS, et al., | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008, I electronically filed a Response to Plaintiff's Motion for Leave to Amend Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on August 19, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Steven P. Hibberd, B-70027
Taylorville Correctional Center
Route 29 South
PO Box 900
Taylorville, Illinois 62568

Respectfully submitted,

By:  s/Heidi Hildebrand
Heidi Hildebrand, #6270905
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 557-0261
Fax:  (217) 782-8767
hhildebrand@atg.state.il.us