UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN P. HIBBERD, #B-70027, | ) |
| Plaintiff, | ) |
| vs. | ) No. 07-3131 |
| JOSEPH JENNINGS, et al., | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, ROGER WALKER, JR., FORREST ASHBY, JOSEPH JENNINGS, JULIA VINCENT, PHILIP CRARY, JAMES WATKINS, ROGER ZIMMERMAN and PHILLIP POOL, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 56, hereby file their Motion for Summary Judgment. In support thereof, Defendants state as follows:

1. Plaintiff brings this action pursuant to 42 U.S.C. §1983 for alleged violations of his civil rights while he was incarcerated at Western Illinois Correctional Center.

2. Defendants Walker and Zimmerman are entitled to summary judgment because they were not personally involved in the alleged constitutional violations.

3. Plaintiff cannot establish a due process claim because the only discipline he received as a result of Defendants' actions was a demotion to C-grade.

4. Plaintiff cannot establish that Defendants violated his First Amendment right to free speech.

5. Plaintiff cannot establish a retaliation claim because legitimate reasons existed for Defendants' actions and Defendants would have taken the same actions regardless of Plaintiff's protected activity.

6.  Plaintiff cannot establish that he was denied access to the courts because he cannot establish that Defendants caused an actual injury to a non-frivolous court case challenging his conditions of confinement or his conviction or sentence.

7.  Plaintiff is not entitled to injunctive relief because he cannot establish an ongoing constitutional violation.

8.  Defendants are entitled to qualified immunity.

9.  Attached hereto and incorporated herein is a Memorandum of Law in support of this motion.

Wherefore, for the foregoing reasons, Defendants respectfully request this Honorable Court to grant their Motion for Summary Judgment.

Respectfully submitted,

ROGER WALKER, JR., FORREST ASHBY,
JOSEPH JENNINGS, JULIA VINCENT, PHILIP CRARY,
JAMES WATKINS, ROGER ZIMMERMAN
and PHILLIP POOL,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

  s/ Heidi Hildebrand
Heidi Hildebrand,  #6270905
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: hhildebrand@atg.state.il.us

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN P. HIBBERD, #B-70027, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-3131 |
| ) | |
| JOSEPH JENNINGS, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2009, I electronically filed Defendants' Motion for Summary Judgment, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on September 8, 2009, I mailed by United States Postal Service, the document to the following non-registered participant:

Steven P. Hibberd, #B-70027
Taylorville Correctional Center
Route 29 South
PO Box 900
Taylorville, Illinois 62568

Respectfully submitted,

  s/ Heidi Hildebrand
Heidi Hildebrand,  #6270905
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: hhildebrand@atg.state.il.us