| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Hibberd v. Jennings, et al.,* |
| | ) ss. | Case No. 07-3131 |
| COUNTY OF BROWN | ) | |

## AFFIDAVIT OF JAMES WATKINS

I, JAMES WATKINS, the undersigned, being first duly sworn on oath, depose and state that the following information is true and correct to the best of my knowledge and belief:

1. I am currently employed as a Correctional Officer at Western Illinois Correctional Center, and I have held this position since January 1996.

2. In 2005, I was a gallery officer assigned to Western's Housing Unit 2. As a gallery officer, my duties included providing security for the galleries to which I was assigned. This including conducting random searches of inmates' cells.

3. I am familiar with Inmate Steven P. Hibberd, #B-70027, and I have read the allegations in *Hibberd v. Jennings, et al.*, 07-3131.

4. On October 2, 2005, I conducted a random search of Inmate Hibberd's cell. During the search, I found in Inmate Hibberd's property box five documents containing legal materials that included other inmates' names and inmate numbers on them, and approximately 75 sheets of thick paper that I believed were stolen from the prison's print shop based on the paper's texture. I also found in his cellmate's property box some pills wrapped in a ramen noodle bag and concealed in a half bag of coffee, a pound of sugar, half a pound of oatmeal, and two extra razors.

5. IDOC rules prohibit inmates from possessing items belonging to other inmates, including legal materials, as well as other inmates' personal information, including inmate numbers. It is my understanding that this rule is designed to prevent inmates from bartering legal services for contraband, which is a security concern.

6. Inmate Hibberd was not authorized to possess other inmates' legal property because

EXHIBIT H

he was assigned as wing porter, not as an inmate law clerk.

7. I consulted the cellhouse sergeant regarding the items that I found, and he told me to write Inmate Hibberd a disciplinary report.

8. As a result, I confiscated these materials from Inmate Hibberd, and wrote him a disciplinary report charging him with Dangerous Contraband, Drug and Drug Paraphernalia, Theft and Contraband/Unauthorized Property. When contraband is found in a cell occupied by two inmates, both inmates are usually charged with possession of the contraband until it can be determined who it belongs to.

9. I wrote this disciplinary report solely because I believed that Inmate Hibberd had violated Department rules.

10. Inmate Hibberd was not disciplined for assisting other inmates with their legal work. He was disciplined for the unauthorized possession of their material without a court order of approval of the Chief Administrative Officer.

11. At no time did I retaliate against Inmate Hibberd.

12. I had no knowledge or any lawsuit filed by Inmate Hibberd until I was served with this one. Even if I had been aware that Inmate Hibberd had filed a lawsuit, that knowledge would have had no effect on my decision to write Inmate Hibberd the ticket for violating prison rules.

**Further, Affiant sayeth not.**

s/ James Watkins
James Watkins

Subscribed and sworn to before me this 13th day of September, 2010

s/ Janice Busby
Notary Public

2

Official Seal
Janice Busby
Notary Public State of Illinois
My Commission Expires 04/03/2011